AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| Amy Jo Elizabeth Mackenzie | ) |
| *Plaintiff* | ) |
| v. | ) |
| Commissioner of the Social Security Administration | ) |
| *Defendant* | ) |

Civil Action No.    5:20-cv-2709-KDW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■  other: This case is remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Kaymani D. West,  United States Magistrate Judge, who granted Defendant's Motion to Remand.

Date:    May 11, 2021

ROBIN L. BLUME
*CLERK OF COURT*

s/ Glenda J. Nance
_____
*Signature of Clerk or Deputy Clerk*